UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at      BALTIMORE

In re:                                              :
                                                    :
TANISHA S. TALIAFERRO                               :    Case No. 19-17869
                                                    :    Chapter 13
                    Debtor.                         :
                                                    :

CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

*Select Section 1, A,B, or C, and complete Sections 2 and 3 if applicable, even if Section 1(A) is selected.*

1.      (Select A, B, or C):

___     A.     This is an original plan, filed concurrently with the Petition, which will be mailed by the Clerk to all creditors on the Matrix. [*THIS OPTION MAY ONLY BE USED WHEN THE PLAN IS FILED WITH THE PETITION*]

___     B.     AMENDED PLANS ONLY INCREASING PAYMENTS:   The Amended Chapter 13 Plan __ filed herewith / __ filed on_____, 20 , makes no changes from the last previously-filed plan other than to increase the amount payable under the plan. In such event, no service is required.

_X_  C.  ALL OTHER PLANS:  This is to certify that on  July 21, 2020 , I caused the Chapter 13 Plan  filed herewith / __ filed on____, 2019, to be mailed by first class mail, postage prepaid, to all addresses on the attached matrix or list. (If any parties on the matrix were served by CM/ECF instead of by mail, so indicate on the matrix with the email address served as indicated on the CM/ECF Notice of Electronic Filing).

**AND**

2.      *Check and complete this Section and Section 3 if liens are proposed to be valued or avoided through the Plan.*

___ I caused the Chapter 13 Plan __ filed herewith / __ filed on_____, 20__, to be served pursuant to Bankruptcy Rule 7004 on the following creditor whose lien is proposed to be impacted by the Plan (and not by separate motion) under Plan Paragraph 5.1 or 5.3. State address served and method of service. See Bankruptcy Rule 7004(h) if the party served is an insured depository institution. Attach separate sheets or repeat this paragraph for each such creditor served.

   Carmax Auto Finance dba

Carmax Business Services
225 Chastain Meadows Court, Suite 210
Kennesaw, GA 30144
Att: John Christie
US Mail

CarMax Auto Finance
12800 Tuckahoe Creek Pkwy
Richmond, VA 23238
Att: William D. Nash, CEO
US Mail

**AND** Select A or B:

A.  __x__  A proof of claim has been filed with respect to the lien or claim at issue prior to service of the Plan. I also mailed a copy of the Plan and supporting documents under Section 3 below to the claimant at the name and address where notices should be sent as shown on the proof of claim.

B.  ____ No proof of claim has been filed for the lien or claim at issue.

3. ____ Along with each copy of the Plan served under Section 2, I included copies of documentation supporting Debtor's entitlement to the relief sought in Plan Paragraph 5.1 or 5.3 with respect to that creditor (for example, documents establishing the value of the property and the amount of any prior liens and the lien at issue), which I have also filed with the Court as a supplement to the Plan. *This supplemental material need not be served with the plan on all creditors, only on affected secured creditors.*

____ This is an amended Plan and the documentation supporting Debtor's entitlement to the relief sought in Plan Paragraph 5.1 or 5.3 has been previously served and filed as ECF docket entry_____.

I hereby certify that the foregoing is true and

correct.

Dated: July 21, 2020

/S/ Kim Parker
Debtor, Counsel for Debtor, or other
Person effecting service