| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 19-17869<br>District of Maryland<br>Baltimore<br>Mon Oct 14 17:00:40 EDT 2019 | CarMax Business Services, LLC<br>Peroutka, Miller, Klima & Peters, P.A.<br>c/o Michael J. Klima<br>8028 Ritchie Highway, Ste 300<br>Pasadena, MD 21122-1360 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Baltimore<br>Baltimore Division<br>101 West Lombard Street, Ste. 8530<br>Baltimore, MD 21201-2605 | Aes/nct<br>Pob 61047<br>Harrisburg, PA 17106-1047 | Affirm Inc<br>650 California St Fl 12<br>San Francisco, CA 94108-2716 |
| Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One Bank Usa N<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | CarMax Auto Finance dba CarMax Business Serv<br>225 Chastain Meadows Court,<br>Suite 210<br>Kennesaw, GA 30144-5942 |
| Carmax Auto Finance<br>12800 Tuckahoe Creek Pkw<br>Richmond, VA 23238-1124 | Comptroller of Maryland<br>Revenue Administration Division<br>Annapolis, Md 21411-0001 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 |
| Dept Of Education/neln<br>3015 Parker Rd<br>Aurora, CO 80014-2904 | Deputy County Attorney<br>Baltimore County Office of Law<br>400 Washington Avenue, 2nd Floor<br>Towson, MD 21204-4606 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Kaiser Permanente<br>P.O. Box 62416<br>Baltimore, MD 21264-2416 | Kenyon Taliaferro<br>7408 Maury Road<br>Windsor Mill, MD 21244-4009 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Law Offices of Kim Parker, PA<br>2123 Maryland Ave<br>Baltimore, MD 21218-5614 | Mnet Financial, Inc.<br>95 Argonaut, Ste 200<br>Aliso Viejo, CA 92656-4147 | National Collegiate Student Loan Trust 2006-<br>Po Box 4275<br>Norcross, GA 30091-4275 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 | Supervisor of Delin. Accts.<br>Abel Wolman Municipal Building<br>200 Holliday Street- Room #1 Bankruptcy<br>Baltimore, MD 21202-3635 |
| Surgi-Center of Baltimore<br>23 Crossroads Dr., Ste 100<br>Owings Mills, MD 21117-5476 | US Department of Education c/o Nelnet<br>121 S 13th St, Suite 201<br>Lincoln, NE 68508-1911 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Zoreh Ghaffarian<br>6108 Shaded Leaf Court<br>Columbia, MD 21044-3862 | Kim D. Parker<br>Law Offices of Kim Parker, P.A.<br>2123 Maryland Avenue<br>Baltimore, MD 21218-5614 | Robert S. Thomas II<br>300 E Joppa Road, Suite 409<br>Towson, MD 21286-3005 |

Tanisha S. Taliaferro
7408 Maury Road
Windsor Mill, MD 21244-4009

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Kansas City, MO 64999

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jonathan W. Bierer, Esq.
Bierer & Margolis, PA
502 S. Sharp St., #1100

(u)National Collegiate v.Tanisha Taliaferro
INVALID ADDRESS PROVIDED

End of Label Matrix
Mailable recipients    30
Bypassed recipients     2
Total                  32