**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

In re:    Case No.: **19–17869 – DER**    Chapter: **13**

**Tanisha S. Taliaferro**
Debtor

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 24 – Third Amended Chapter 13 Plan. Amount of Payments per Month: $1200.00 for 11 months 1540.92 for 49 months, Number of Months:60, Filed by Tanisha S. Taliaferro. (Attachments: # 1 Certificate of Service # 2 List of All Creditors)(Parker, Kim) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 8/5/20. \*\*\*MISSING CERTIFICATE FOR PLAN – LBF M–1\*\*\*** |
| CURE: | A Certificate of Service on the above pleading must be filed. (Local Bankruptcy Rule 7005–2). Include the names and addresses of all parties served or attach a copy of the mailing matrix. |
| CONSEQUENCE: | Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution. |

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS–COS.pdf.**
**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 7/22/20

Mark A. Neal, Clerk of Court
by Deputy Clerk, Todd Sukeena
410–962–4072

cc:   Debtor
      Attorney for Debtor – Kim D. Parker

defntc (rev. 12/12/2016)